B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

Snowflake White Mountain Power, LLC,

Debtor.

Case No. 10-21604-

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 1 Babcock & Wilcox Company | Babcock & Wilcox Company 20 S. Van Buren Ave. Barberton, OH 44203 | Trade Debt | Contingent Unliquidated Disputed | $10,878.18 |
| 2 Catalyst Paper (Snowflake) Inc. | Catalyst Paper (Snowflake) Inc. P.O. Box 128 Snowflake, AZ 85937 | Trade Debt | Contingent Unliquidated Disputed | $85,195.55 |
| 3 Cervantes-Delgato, Inc. | Cervantes-Delgato, Inc. P.O. Box 9082 Brea, CA 92822 | Trade Debt | Contingent Unliquidated Disputed | $18,788.72 |
| 4 Fastenal Co. | Fastenal Co. P.O. Box 1286 Winona, MN 55987 | Trade Debt | Contingent Unliquidated Disputed | $6,208.545 |
| 5 Fellon-McCrod & Associates | Fellon-McCrod & Associates 9960 Corporate Campus Dr. Suite 2500 Louisville, KY 40223 | Trade Debt | Contingent Unliquidated Disputed | $16,387.19 |

| | (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 6 | General Electric International, Inc. | General Electric International, Inc. P.O. Box 643449 Pittsburgh, PA 15264 | Trade Debt | Contingent Unliquidated Disputed | $22,879.00 |
| 7 | J & T Grindings, OPS, LLC | J & T Grindings, OPS, LLC 845 S. 59th Ave. Phoenix, AZ 85043 | Trade Debt | Contingent Unliquidated Disputed | $57,735.00 |
| 8 | James, Cooke & Hobson, Inc. | James, Cooke & Hobson, Inc. 3810 Academy Pkwy S. NE. Albuquerque, NM 87109 | Trade Debt | Contingent Unliquidated Disputed | $26,998.73 |
| 9 | Labor Systems | Labor Systems Unknown | Trade Debt | Contingent Unliquidated Disputed | $8,939.94 |
| 10 | Mendardi, LLC | Mendardi, LLC P.O. Box 536833 Atlanta, GA 30353 | Trade Debt | Contingent Unliquidated Disputed | $23,672.37 |
| 11 | Nalco Company | Nalco Company P.O. Box 730005 Dallas, TX 75373 | Trade Debt | Contingent Unliquidated Disputed | $18,148.93 |
| 12 | Praxair Distributing, Inc. | Praxair Distributing, Inc. P.O. Box 120812 Dept. 0812 Dallas, TX 75312 | Trade Debt | Contingent Unliquidated Disputed | $7,909.94 |
| 13 | Process Equipment | Process Equipment P.O. Box 1607 Pelham, AL 35124 | Trade Debt | Contingent Unliquidated Disputed | $9,085.37 |
| 14 | Rio Puerco Construction, Inc. | Rio Puerco Construction, Inc. P.O. Box 637 Holbrook, AZ 86025 | Trade Debt | Contingent Unliquidated Disputed | $36,788.99 |
| 15 | Road Machinery | Road Machinery 716 S. 7th St. Phoenix, AZ 85034 | Trade Debt | Contingent Unliquidated Disputed | $23,819.78 |
| 16 | Squire, Sanders & Dempsey, LLC | Squire, Sanders & Dempsey, LLC P.O. Box 643051 Cincinnati, OH 45264 | Trade Debt | Contingent Unliquidated Disputed | $8,276.08 |

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 17 Sun Machinery Co. | Sun Machinery Co.<br>P.O. Box 789<br>Lexington, SC 29071 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | $8,910.64 |
| 18 Thornton Farish, Inc. | Thornton Farish, Inc.<br>3500 Eastern Blvd., Ste. 210<br>Montgomery, AL 36116 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | $9,812.50 |
| 19 URS Corporation | URS Corporation<br>P.O. Box 116183<br>Atlanta, GA 30368 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | $21,076.13 |
| 20 US Premium Finance | US Premium Finance<br>P.O. Box 924647<br>Norgross, GA 30010 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | $40,158.00 |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, David M. Reaves, Receiver, [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: July 9, 2010

*SNOWFLAKE WHITE MOUNTAIN POWER, LLC*

By: /s/ David M. Reaves

Its: Receiver
   (Print Name and Title)