REAVES LAW GROUP
A PROFESSIONAL CORPORATION
2999 North 44th Street, Suite 600
Phoenix, Arizona 85018
Telephone (602) 241-0101
Facsimile (602) 241-0114

David M. Reaves, Receiver
State Bar No. 011677

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) Case No. 2: 10-bk-21604-CGC |
| | ) |
| SNOWFLAKE WHITE MOUNTAIN POWER, LLC, | ) Chapter 11 |
| | ) |
| | ) **DECLARATION OF WINSTON MAR** |
| Debtor. | ) |
| | ) |

I, Winston Mar of CRG Partners, being first duly sworn upon oath, depose and say that I am the Chief Restructuring Officer at Snowflake White Mountain Power, LLC ("**SWMP**") and competent to make this Affidavit. I am above the age of 18. All of the facts stated herein are derived from my own personal knowledge.

1. SWMP is an Arizona limited liability company. SWMP operates a 24 Megawatt biomass-fired power plant located near Snowflake, Arizona (hereinafter referred to as the "**Project**").

2. To operate the Project, SWMP has relationships with many suppliers and vendors that provide things such as equipment, parts, and fuel to sustain the Project's operations. A list of the critical vendors, and they amounts they are owed, is attached to the Critical Vendor Motion as Exhibit "C" (collectively, the "**Critical Vendors**").

1

3. The Critical Vendors are vital to the Project's operations. Based upon my experience in dealing with the Critical Vendors, I believe many of them will stop supplying goods and services post-petition if they are not paid for their pre-petition services.

4. The Project must utilize the Critical Vendors, because the Project is in a remote location where there are not many alternatives to the Critical Vendors.

5. In addition, many of the Critical Vendors are small businesses that rely on the Debtor for a large part of their business. Accordingly, if SWMP fails to make a payment to one of the smaller Critical Vendors, it is possible that missing even a single payment to some of these Critical Vendors could drive some of them out of business entirely.

6. I believe that the Critical Vendors need to be paid for their pre-petition services to preserve the value of the Debtor, and leave open the possibility of continued operations.

7. There is a real danger that the Critical Vendors stop providing services post-petition if they are not paid pre-petition, because: (i) some of them have informed me that post-petition deliveries could be stopped if no pre-petition debts are paid, and (ii) as a practical reality, the SWMP provides a substantial portion of several of the Critical Vendors' business in this rural area.

8. I consider there to be a high probability of harm to SWMP if the Critical Vendors are not paid, because some, if not all, of the Critical Vendors will stop supplying goods and services to the Project if payments are not made in the ordinary course.

9. Historically, SWMP has paid its Critical Vendors bi-weekly, and must start the process of paying the Critical Vendors this **Wednesday July 21, 2010**. Accordingly, there is imminent and pending harm if SWMP does not obtain approval to pay the Critical Vendors on an expedited basis.

10. I am informed that CoBank, the only secured creditor with in interest in the Cash Collateral, consents to the use of its collateral for the payment of pre-petition unsecured claims.

FURTHER AFFIANT SAYETH NAUGHT.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of July, 2010.

/s/ Winston Mar
Winston Mar

**COPY** of the foregoing sent via
e-mail, facsimile, or overnight
delivery this 20th day of July, 2010, to:

SNOWFLAKE WHITE MOUNTAIN POWER, LLC
c/o CT Corporation System
2394 E. Camelback Rd.
Phoenix, AZ 85016

Carolyn J. Johnsen
Kerry A. Hodges
Jennings, Strouss & Salmon, PLC
One E. Washington St., Ste. 1900
Phoenix, AZ 85004-2385
Facsimile: (602) 495-2977
cjjohnsen@jsslaw.com
khodges@jsslaw.com

J. Matthew Derstine
Roshka, DeWulf & Patten
mderstine@rdp-law.com
Steven B. Richardson
Holme Roberts & Owen LLP
1700 Lincoln St., Ste. 4100
Denver, CO 80203
Steve.Richardson@hro.com

Jimmy F. Dahu
Gerald Shelley
Fennemore Craig
3003 N. Central Ave., Ste. 2600
Phoenix, AZ 85012-2913
JDAHU@FCLAW.com
GSHELLEY@FCLAW.COM

Richard J. Cuellar
Office of the U.S. Trustee
230 N. First Ave.
Phoenix, AZ 85003
Ric.J.Cuellar@usdoj.gov

| | |
|---|---|
| J. Gregory Lake<br>Lake & Cobb, PLC<br>1095 W. Rio Salado Pkwy., Ste. 206<br>Tempe, AZ 85281<br>Attorney for J&T Grinding, LLC,<br>lake@lakeandcobb.com | |
| Christopher D. Johnson<br>1 E. Washington, Suite 2700<br>Phoenix, AZ 85004<br>cjohnson@ssd.com | |
| Renegy Holdings, Inc.<br>3418 N. Val Vista Dr.<br>Mesa, AZ 85213<br>Fax: 480-556-5500<br>bworsley@renegy.com<br>bobnzlegacy@gmail.com | |
| Donald Gaffney<br>Benjamin W. Reeves<br>Snell & Wilmer, LLP<br>One Arizona Center<br>Phoenix, AZ 85004-2202<br>Attorneys for CoBank,<br>dgaffney@swlaw.com<br>breeves@swlaw.com | |

**20 Largest Unsecured Creditors Via Mail, Facsimile or Overnight Delivery:**

| | |
|---|---|
| Babcock & Wilcox Company<br>20 S. Van Buren Ave.<br>Barberton, OH 44203 | 330-860-9636 facsimile |
| Catalyst Paper (Snowflake), Inc.<br>PO Box 128<br>Snowflake, AZ 85937 | 604-247-0512 facsimile |
| Cervantes-Delgado, Inc.<br>PO Box 9083<br>Brea, CA 92822 | ldc@cervantes-delgado.com<br>awd@cervantes-delgado.com |
| Fastenal Co.<br>PO Box 1286<br>Winona, MN 55987 | 507-453-8049 facsimile |
| Fellon-McCord & Associates<br>9960 Corporate Campus Dr., Ste. 2500<br>Louisville, KY 40223 | info@fellonmccord.com |

| # | | |
|---|---|---|
| 1 | General Electric International, Inc.<br>PO Box 643449<br>Pittsburgh, PA  15264 | |
| 3 | J&T Grindings, OPS, LLC<br>845 S. 59th Ave.<br>Phoenix, AZ  85043 | |
| 5 | James Cooke & Hobson, Inc.<br>3810 Academy Pkwy S. NE.<br>Albuquerque, NM  87109 | 505-345-1487 facsimile |
| 6 | Mendardi, LLC<br>PO Box 536833<br>Atlanta, GA  30353 | |
| 8 | Nalco Company<br>PO Box 730005<br>Dallas, TX  75373 | 630-305-2900 facsimile |
| 10 | Praxair Distributing Inc.<br>PO Box 120812<br>Dept. 0812<br>Dallas, TX  75312 | 800-772-9985 facsimile |
| 13 | Process Equipment<br>PO Box 1607<br>Pelham, AL  35124 | 205-663-6037 facsimile |
| 15 | Rio Puerco Construction Inc.<br>PO Box 637<br>Holbrook, AZ  86025 | |
| 16 | Road Machinery<br>716 S. 7th St.<br>Phoenix, AZ  85034 | 602.253.9690 facsimile |
| 18 | Squire Sanders & Dempsey LLC<br>PO Box 643051<br>Cincinnati, OH  45264 | 513-361-1201 facsimile |
| 20 | Sun Machinery Co.<br>PO Box 789<br>Lexington, SC  29071 | 803-359-4351 facsimile |
| 22 | Thornton Farish, Inc.<br>3500 Eastern Blvd., Ste. 210<br>Montgomery, AL  36116 | |
| 24 | URS Corporation<br>PO Box 116183<br>Atlanta, GA  30368 | 678-808-8400 facsimile |

US Premium Finance  
PO Box 924647  
Norcross, GA 30010

678-969-0399 facsimile

/s/ Kathleen Arnold