**SO ORDERED.**

Dated: July 22, 2010

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

1 | Donald L. Gaffney (#005717)
Lori A. Lewis (#019285)
2 | Benjamin W. Reeves (#025708)
**SNELL & WILMER L.L.P.**
3 | One Arizona Center
400 E. Van Buren
4 | Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
5 | Facsimile: (602) 382-6070
E-mail: dgaffney@swlaw.com
6 | llewis@swlaw.com
breeves@swlaw.com
7 | Attorneys for CoBank ACB

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In Re:

SNOWFLAKE WHITE MOUNTAIN POWER, LLC,

Debtor.

Proceedings Under Chapter 11

Case No. 2:10-bk-21604-CGC

**ORDER AUTHORIZING REDACTION OF DOCKET ENTRY 5-24**

**Related DE(s): 5**

Upon the request of Salt River Project Agricultural Improvement and Power District ("**SRP**") and the agreement of CoBank, ACB ("**CoBank**"), and good cause appearing therefore,

**IT IS HEREBY ORDERED** directing the Clerk of this Court to redact the copy of the "Second Amended and Restated Renewable Energy Purchase and Sale Agreement" ("**Power Agreement**") from "CoBank, ACB's Motion to Excuse Turnover of the Receiver" (Doc. Entry # 5) (the "**Motion to Excuse**"). The Power Agreement is attached to the Motion to Excuse as Exhibit 20, and is filed as **Doc. Entry # 5-24**, which shall be redacted, in its entirety, from the Motion to Excuse.

DATED AND SIGNED ABOVE.

11765796