Donald L. Gaffney (#005717)
Andrew W. Harnisch (#024957)
Benjamin W. Reeves (#025708)
**SNELL & WILMER L.L.P.**
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
E-mail:  dgaffney@swlaw.com
 aharnisch@swlaw.com
 breeves@swlaw.com
Attorneys for CoBank ACB

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re:<br><br>SNOWFLAKE WHITE MOUNTAIN POWER, LLC,<br><br>Debtor. | Proceedings Under Chapter 11<br><br>Case No. 2:10-bk-21604-CGC<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING CURRENTLY SCHEDULED FOR AUGUST 13, 2010**<br><br>Date: **August 23, 2010**<br>Time: **1:30 p.m.**<br>Location: **230 N. First Avenue, # 601 Phoenix, AZ 85003**<br><br>Related DE: 5, 13, 21 |
|---|---|

Salt River Project Agricultural Improvement and Power District ("SRP"), Secured Creditor, CoBank, ACB ("**CoBank**"), and David M. Reaves, in his capacity as the Receiver and authorized representative of Snowflake White Mountain Power, LLC ("**Receiver**") agree, consent, and stipulate to continue the hearing and agreed to briefing schedule on the "Motion to Confirm Termination Rights Under 11 U.S.C. § 556" [DE 13] and the "Motion to Excuse Turnover of Receiver" [DE 21] (the "Motions") as follows:

11787046

| | | |
|---|---|---|
| Responses to the Motions | - | August 4, 2010 |
| Discovery Cut Off | - | August 16, 2010 |
| Replies | - | August 18, 2010 |
| Hearing | - | August 23, 2010 at 1:30 p.m. |

A proposed form of "Order Continuing Hearing" is attached hereto as **Exhibit A**.

**AGREED AS TO BOTH FORM AND CONTENT BY:**

**DAVID M. REAVES**, solely in his capacity as the court-appointed Receiver

By: /s/ Andrew W. Harnisch (024957) (with permission)
David M. Reaves
The Reaves Law Group, P.C.
2929 N. 44th Street, Suite 600
Phoenix, AZ 85018
The Receiver

**COBANK, ACB**

By: /s/ Andrew W. Harnisch (024957)
Donald L. Gaffney
Andrew W. Harnisch
Benjamin W. Reeves
Snell & Wilmer, L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attorneys for CoBank, ACB

**SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT**

By: /s/ Andrew W. Harnisch (024957) (with permission)
Carolyn Johnsen
Jennings, Strouss & Salmon
201 W. Washington, 11th Floor
Phoenix, AZ 85004
Attorneys for Salt River Project Agricultural Improvement and Power District

11787046

- 2 -

| | |
|---|---|
| 1 | **COPY** of the foregoing served by<br>E-Mail this 27th day of July, 2010, to: |
| 2 | |
| 3 | SNOWFLAKE WHITE MOUNTAIN POWER, LLC<br>c/o CT Corporation System<br>2394 E. Camelback Rd. |
| 4 | Phoenix, AZ 85016 |
| 5 | David M. Reaves<br>2929 N. 44th St., Ste. 600 |
| 6 | Phoenix, AZ 85018<br>dreaves@reaves-law.com |
| 7 | |
| 8 | Carolyn J. Johnsen<br>Kerry A. Hodges<br>JENNINGS, STROUSS & SALMON, P.L.C. |
| 9 | One E. Washington St., Ste. 1900<br>Phoenix, AZ 85004-2385 |
| 10 | Facsimile: (602) 495-2977<br>cjjohnsen@jsslaw.com |
| 11 | khodges@jsslaw.com |
| 12 | J. Matthew Derstine<br>Roshka, DeWulf & Patten |
| 13 | mderstine@rdp-law.com |
| 14 | Steven B. Richardson<br>Holme Roberts & Owen LLP |
| 15 | 1700 Lincoln St., Ste. 4100<br>Denver, CO 80203 |
| 16 | Steve.Richardson@hro.com |
| 17 | Gerald Shelley<br>Jimmy F. Dahu |
| 18 | Fennemore Craig<br>3003 N. Central Ave., Ste. 2600 |
| 19 | Phoenix, AZ 85012-2913<br>GSHELLEY@FCLAW.com |
| 20 | JDAHU@FCLAW.com |
| 21 | U.S. Trustee<br>230 N. First Ave. |
| 22 | Phoenix, AZ 85003<br>USTPRegion14.PX.ECF@USDOJ.GOV |
| 23 | Ric.J.Cuellar@usdoj.gov |
| 24 | |
| 25 | |
| 26 | |

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

| | |
|---|---|
| 1 | J. Gregory Lake |
|   | Lake & Cobb, PLC |
| 2 | 1095 W. Rio Salado Pkwy., Ste. 206 |
|   | Tempe, AZ 85281 |
| 3 | Attorney for J&T Grinding, LLC, |
|   | Petitioning Creditor |
| 4 | lake@lakeandcobb.com |
| 5 | Bob Worsley |
|   | 3418 N. Val Vista Dr. |
| 6 | Mesa, AZ 85213 |
|   | Fax: 480-556-5500 |
| 7 | Manager of Snowflake White Mountain Power, LLC |
|   | bworsley@renegy.com |
| 8 | bobnzlegacy@gmail.com |
| 9 | J. Gregory Lake |
|   | Lake & Cobb, PLC |
| 10 | 1095 W. Rio Salado Pkwy., Ste. 206 |
|   | Tempe, AZ 85281 |
| 11 | Attorney for J&T Grinding, LLC, |
|   | Petitioning Creditor |
| 12 | lake@lakeandcobb.com |
| 13 | Renegy Holdings, Inc. |
|   | 3418 N. Val Vista Dr. |
| 14 | Mesa, AZ 85213 |
|   | Fax: 480-556-5500 |
| 15 | bworsley@renegy.com |
|   | bobnzlegacy@gmail.com |
| 16 | |
| 17 | Christopher D. Johnson |
|   | Kelly Singer |
| 18 | 1 E. Washington, Suite 2700 |
|   | Phoenix, AZ 85004 |
|   | cjohnson@ssd.com |
| 19 | ksinger@ssd.com |
| 20 | |
| 21 | /s/ Debra L. Bokich |

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

# EXHIBIT A

Donald L. Gaffney (#005717)
Andrew W. Harnisch (#024957)
Benjamin W. Reeves (#025708)
**SNELL & WILMER** L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
E-mail: dgaffney@swlaw.com
aharnisch@swlaw.com
breeves@swlaw.com
Attorneys for CoBank ACB

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>SNOWFLAKE WHITE MOUNTAIN POWER, LLC,<br><br>Debtor. | Proceedings Under Chapter 11<br><br>Case No. 2:10-bk-21604-CGC<br><br>**ORDER CONTINUING HEARING**<br><br>Date: **August 23, 2010**<br>Time: **1:30 p.m.**<br>Location: **230 N. First Avenue, # 601**<br>**Phoenix, AZ 85003**<br><br>Related DE: **5, 13, 21** |

Upon consideration of that certain "Stipulation to Continue Briefing Schedule and Hearing Currently Scheduled for August 13, 2010" (the "Stipulation") filed by Salt River Project Agricultural Improvement and Power District, CoBank, ACB, and David M. Reaves, in his capacity as the Receiver and authorized representative of Snowflake White Mountain Power, LLC and good cause appearing therefor:

**IT IS HEREBY ORDERED THAT** the hearing currently scheduled for August 13, 2010 at 1:30 p.m. is continued to August 23, 2010 at 1:30 p.m.

**IT IS HEREBY FURTHER ORDERED THAT** the stipulated briefing and discovery schedule set forth in the Stipulation is approved.

**DATED AND SIGNED ABOVE**

11787433