**SO ORDERED.**

Dated: September 10, 2010

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

REAVES LAW GROUP
A PROFESSIONAL CORPORATION
2999 North 44th Street, Suite 600
Phoenix, Arizona 85018
Telephone (602) 241-0101
Facsimile (602) 241-0114

David M. Reaves, Receiver
State Bar No. 011677

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In Re:

SNOWFLAKE WHITE MOUNTAIN POWER, LLC,

Debtor.

Proceedings Under Chapter 11

Case No. 2:10-bk-21604-CGC

ORDER SETTING AN ACCELERATED HEARING ON RECEIVER'S MOTION TO (1) ESTABLISH SALE PROCEDURES, (2) APPROVE TERMINATION PAYMENT AND (3) SET A FINAL SALE HEARING

Upon consideration of the "Receiver's Motion to (1) Establish Sale Procedures, (2) Approve Termination Payment, and (3) Set a Final Sale Hearing" (the "**Sale Procedure Motion**"), and the "Receiver's Motion for Authority to Sell Substantially All of the Debtor's Assets as a Going Concern and to Assume and Assign or Reject Certain Executory Contracts and Unexpired Leases Related Thereto" (the "**Sale Motion**"), filed by David M. Reaves (the "**Receiver**"), solely in his capacity as the authorized representative of Snowflake White Mountain Power, LLC (the "**Debtor**") and the "Motion for Accelerated Hearing on Receiver's Motion to (1) Establish Sale Procedures, (2) Approve Termination Payment, and (3) Set a Final Sale Hearing" (the "**Motion to Accelerate**"), and for good cause appearing therefore,

1

1  IT IS HEREBY ORDERED granting the Motion to Accelerate.

2  IT IS FURTHER HEREBY ORDERED setting an expedited hearing on the Sales Procedure Motion on SEPTEMBER 14, 2010, at 03:30 PM before the Honorable Charles G. Case, II, United States Bankruptcy Court, District of Arizona, 230 N. First Ave., 6th Floor, Courtroom 601, Phoenix, AZ 85003.

DATED AND SIGNED ABOVE.