ETHAN B. MINKIN (019902)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: (602) 798-5400
Facsimile: (602) 798-5595
minkine@ballardspahr.com
Attorneys for Snowflake Power, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SNOWFLAKE WHITE MOUNTAIN POWER, LLC,<br><br>    Debtor. | Case No.: 2:10-bk-21604-CGC<br><br>Chapter 11 Proceedings<br><br>**SNOWFLAKE POWER, LLC'S JOINDER IN THE RECEIVER'S MOTION TO (1) ESTABLISH SALE PROCEDURES, (2) APPROVE TERMINATION PAYMENT, AND (3) SET A FINAL HEARING**<br><br>Time:   3:30 p.m.<br>Date:   September 14, 2010<br>Place:  230 N. First Avenue, 6th Floor, Courtroom 601, Phoenix, Arizona |

Snowflake Power, LLC, the proposed purchaser of substantially all of Snowflake White Mountain Power, LLC's (the "**Debtor**") assets, hereby joins in the "Receiver's Motion to (1) Establish Sale Procedures, (2) Approve Termination Payment, and (3) Set a Final Hearing" (Docket No. 99) (the "**Procedures Motion**"), filed by David M. Reaves (the "**Receiver**"). While Snowflake Power, LLC (the "**Proposed Purchaser**") agrees with all of the relief requested in the Procedures Motion, the Proposed Purchaser specifically urges the Court to set a final sale hearing as soon as possible, due to (a) the precarious financial position of the Debtor, and (b) the potential harm that would befall all interested parties if the closing of the sale does not take place expeditiously. In support thereof, the Proposed Purchaser states as follows:

As the Receiver notes on page 7 of the Procedure Motion, the Debtor's business requires an immediate investment of time and money to build-up inventory in the very near term, or the Debtor will be forced to close. Moreover, the Debtor's investment banker has informed interested parties that the sale must close quickly, so there should be no prejudice to any party-in-interest.

The Proposed Purchaser, through its due diligence efforts, has also indentified the following reasons that a sale must close as soon as possible:

1. Since being placed into receivership in April 2010, the Debtor has suffered a continually deteriorating financial and cash position. While there are many reasons for the deterioration, the following factors are the most material:

    a. There has been a steep decline in revenues due to (i) the loss of the SRP contract; and (ii) higher than typical frequency and severity of shutdowns at the Debtor's plant.

    b. The Debtor's plant continues to consume paper sludge at a rate far lower than is economically efficient, previously forecast for the current operating period, or was planned for the plant originally.

2. Due, in part, to the foregoing, the following imminent risks are present:

    a. There is a potential systemic risk to the Debtor's operations because the Debtor has been forced to delay or forgo maintenance and other necessary capital expenditures.

    b. As noted by the Receiver, the Debtor's precarious financial position could cause the Debtor's operations to shut down in the winter of 2010, since it is unable to invest in necessary fuel stockpiles now.

The Debtor faces dire consequences if the sale hearing does not take place as soon as possible. If the Debtor is forced to shut down its operations, then (a) the value of the Debtor's business will be severely compromised, (b) jobs could be lost, and (c) vendors, creditors and other parties-in-interest will lose a significant source of revenue and power. As a consequence of the above, the Proposed Purchaser and other interested bidders may

| 1  | decide to forgo the sales transaction because of the potential for material and irreparable |
| 2  | harm to the Debtor and its assets. |

Based upon the foregoing, the Proposed Purchaser respectfully requests that the Court (a) approve the relief requested in the Procedures Motion, including setting the final sale hearing as soon as possible; and (b) grant such other relief as is just and necessary.

DATED this 14th day of September, 2010.

BALLARD SPAHR LLP

By: /s/ Ethan B. Minkin
Ethan B. Minkin
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: (602) 798-5400
Facsimile: (602) 798-5595
Attorneys for Snowflake Power, LLC

I certify that on this 14th day of September, 2010, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Bankruptcy Court, using the CM/ECF System, for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants:

COPY of the foregoing mailed this 14th day of
September, 2010 to:

Snowflake White Mountain Power, LLC
c/o CT Corporation System
2394 E. Camelback Road
Phoenix, AZ 85016

Donald L. Gaffney
Lori A. Lewis
Benjamin W. Reeves
Snell & Wilmer, LLP
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attorneys for CoBank, ACB

Carolyn J. Johnsen
Kerry A. Hodges
Jennings Strouss & Salmon, P.L.C.
One E. Washington Street, Suite 1900
Phoenix, AZ 85004-2385

J. Matthew Derstine
Roshka, DeWulf & Patten
One Arizona Center
400 E. Van Buren, Suite 800
Phoenix, AZ 85004-2262

Steven B. Richardson
Holme Roberts & Owen LLP
1700 Lincoln St., Suite 4100
Denver, CO 80203

Gerald Shelley
Jimmy F. Dahu
Fennemore Craig
3003 N. Central Avenue, Suite 2600
Phoenix, AZ 85012-2913

U.S. Trustee
Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003

David M. Reaves, Receiver
Reaves Law Group
2999 N. 44th Street, Suite 600
Phoenix, AZ 85018

     /s/ Kathleen Reynolds

DMWEST #7798361 v3                4