# REAVES LAW GROUP
### A PROFESSIONAL CORPORATION

2999 North 44th Street, Suite 600
Phoenix, Arizona 85018
Telephone (602) 241-0101
Facsimile (602) 241-0114

David M. Reaves, Receiver
State Bar No. 011677

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) Case No. 2: 10-bk-21604-CGC |
| | ) |
| SNOWFLAKE WHITE MOUNTAIN POWER, LLC, | ) Chapter 11 |
| | ) |
| | ) **NOTICE OF LODGING ORDER** |
| Debtor. | ) **GRANTING RECEIVER'S MOTION** |
| | ) **TO (1) ESTABLISH SALE** |
| | ) **PROCEDURES, (2) APPROVE** |
| | ) **TERMINATION PAYMENT AND (3)** |
| | ) **SET A FINAL SALE HEARING** |
| | ) |
| | ) |
| | ) |

**NOTICE IS HEREBY GIVEN** that David M. Reaves (the "Receiver"),

the Receiver over Snowflake White Mountain Power, LLC, has lodged a form of

Order granting Receiver's Motion to (1) Establish Sale Procedures, (2) Approve

Termination Payment, and (3) Set a Final Sale Hearing (the "Motion"). A copy of

the proposed order is attached as Exhibit "A".

Dated this 16th day of September, 2010.

REAVES LAW GROUP


By: /s/ David M. Reaves
David M. Reaves, Receiver

1

COPY of the foregoing MAILED
this 16th day of September, 2010, to:

Donald L. Gaffney
Benjamin W. Reeves
Snell & Wilmer, LLP
One Arizona Center
400 East Van Buren
Phoenix, Arizona 85004
Attorneys for CoBank ACB

J. Matthew Derstine
Roshka DeWulf & Patten, PLC
One Arizona Center
400 East Van Buren Street, Suite 800
Phoenix, Arizona 85004
Attorney for Arizona Public Service Company

Carolyn J. Johnsen
Kerry A. Hodges
Jennings, Strouss & Salmon, PLC
One East Washington Street, Suite 1900
Phoenix, Arizona 85004
Attorneys for Salt River Project Agricultural Improvement
and Power District

Kelly Singer
Bradley A. Cosman
Squire, Sanders & Dempsey. LLP
One East Washington, Suite 2700
Phoenix, Arizona 85004
Attorneys for Renegy Holdings, Inc.

Steven B. Richardson
Holme Roberts & Owen, LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203

Jimmy F. Dahu
Gerald Shelley
Fennemore Craig
3003 North Central Avenue, Suite 2600
Phoenix, Arizona 85012

J. Gregory Lake
Lake & Cobb, PLC
1095 West Rio Salado Parkway, Suite 206
Tempe, Arizona 85281
Attorneys for J&T Grinding, LLC

Christopher J. Johnson
One East Washington, Suite 2700
Phoenix, Arizona 85004

Renegy Holdings, Inc.
3418 North Val Vista Drive
Mesa, Arizona 85213

Richard J. Cuellar
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003

/s/ Kathleen Arnold

3